# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| RIVERPORT INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff<br>v.<br>OAKLAND COMMUNITY HOUSING, INC., a California corporation; CAHON ASSOCIATES, a California limited partnership; THE JOHN STEWART COMPANY,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CV 08    3883 BZ<br><br>Civil Action No. |

**Summons in a Civil Action**

To: OAKLAND COMMUNITY HOUSING, INC.
    *and all named Defendants*
    (Defendant's name)

A lawsuit has been filed against you.

  Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Sedgwick, Detert, Moran & Arnold LLP
Bruce D. Celebrezze Bar No. 102181
Michael A. Topp Bar No. 148445
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: AUG 13 2008

Helen L. Almacen
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

a California corporation; CHARLES
FOWLKES, an individual; GREG HYSON,
an individual; and LOREN SANBORN, an
individual,

    Defendants.

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address