```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    BRUCE D. CELEBREZZE  Bar No. 102181
 2  MICHAEL A. TOPP  Bar No. 148445
    DEAN J. MCELROY  Bar No. 213132
 3  One Market Plaza, Steuart Tower, 8th Floor
    San Francisco, California 94105
 4  Telephone: (415) 781-7900
    Facsimile:  (415) 781-2635
 5
    Attorneys for Plaintiff
 6  RIVERPORT INSURANCE COMPANY
```



FILED 08 AUG 13 PM 4:51
RICHARD W. ...
CLERK, U.S. DIST...
NORTHERN DISTRICT...

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERPORT INSURANCE COMPANY, a Minnesota corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OAKLAND COMMUNITY HOUSING, INC., a California corporation; CAHON ASSOCIATES, a California limited partnership; THE JOHN STEWART COMPANY, a California corporation; CHARLES FOWLKES, an individual; GREG HYSON, an individual; and LOREN SANBORN, an individual,<br><br>　　　　Defendants. | CASE NO. CV 08 3883 BZ<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

　　1.　Plaintiff Riverport Insurance Company;

2. W.R. Berkley Corporation, a publicly traded company, of which plaintiff Riverport Insurance Company is a member company;

3. Berkley Risk Administrators Company, LLC, also a W.R. Berkley Corporation member company.

4. Oakland Community Housing, Inc. — Defendant

5. Cahon Associates — Defendant

6. The John Stewart Company — Defendant

7. Charles Fowlkes — Defendant

8. Greg Hyson — Defendant

9. Loren Sanborn — Defendant

DATED: August 13, 2008    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Bruce D. Celebrezze
Michael A. Topp
Dean J. McElroy
Attorneys for Plaintiff
RIVERPORT INSURANCE COMPANY

-2-

CASE NO.
CERTIFICATE OF INTERESTED PARTIES