

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
MICHAEL A. TOPP  Bar No. 148445
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
RIVERPORT INSURANCE COMPANY

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERPORT INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>OAKLAND COMMUNITY HOUSING, INC., a California corporation; CAHON ASSOCIATES, a California limited partnership; THE JOHN STEWART COMPANY, a California corporation; CHARLES FOWLKES, an individual; GREG HYSON, an individual; and LOREN SANBORN, an individual,<br><br>Defendants. | CASE NO. 08 3883<br><br>**CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[FRCP 7.1] |

Plaintiff Riverport Insurance Company submits the following certification of interested parties pursuant to Local Rule 7.1:

The undersigned, counsel of record for plaintiff Riverport Insurance Company certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Riverport Insurance Company — Plaintiff;

-1-

SF/1529832v1

CASE NO.
CERTIFICATION OF INTERESTED PARTIES

2. W.R. Berkley Corporation, a publicly traded company, of which plaintiff Riverport Insurance Company is a member company;

3. Oakland Community Housing, Inc. — Defendant

4. Cahon Associates — Defendant

5. The John Stewart Company — Defendant

6. Charles Fowlkes — Defendant

7. Greg Hyson — Defendant

8. Loren Sanborn — Defendant

DATED: August 13, 2008           SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Bruce D. Celebrezze
Michael A. Topp
Dean J. McElroy
Attorneys for Plaintiff
RIVERPORT INSURANCE COMPANY

SF/1529832v1

-2-

CASE NO.
CERTIFICATION OF INTERESTED PARTIES