FILED

08 AUG 14 PM 3:36

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Riverport Insurance Company,

Plaintiff(s),

v.

Oakland Community Housing, I. et al.
Defendant(s).

No. C CV08 3883 BZ

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: Aug 14, 2008

Signature: _____

Counsel for The John Stewart
(Plaintiff, Defendant, or indicate "pro se")
Company & Loren Sanborn

# PROOF OF SERVICE
*Riverport Insurance Co. v. Oakland Community Housing, Inc., et al.*
U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, Case No. CV 08 3883

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 351 California Street, Suite 500, San Francisco, California, 94104. On the execution date below and in the manner stated herein, I served the following documents:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on all interested parties in this action by placing [ ] the original or [X] a true copy of the original thereof enclosed in sealed envelopes addressed as follows:

SEDGWICK LAW OFFICES
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Tel: (415) 781-7900
Fax: (415) 781-2635
*Attorney for Plaintiff Riverport Insurance Company*

[X]   BY MAIL I deposited such envelope(s) with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at San Francisco, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing, pursuant to this affidavit.

[ ]   BY FACSIMILE I caused the transmission of the foregoing document by facsimile to the offices of the addressee(s), and such transmission was reported as complete and without error.

[ ]   BY PERSONAL SERVICE I caused such envelope(s) to be delivered by hand to the offices of the addressee(s) pursuant to CCP §1011.

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 14, 2008, at San Francisco, California.

Karen Stephenson

ND: 4832-9207-9874, v. 1

- 1 -
PROOF OF SERVICE