|   |   |   |
|---|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP | FILED |
| 2 | BRUCE D. CELEBREZZE Bar No. 102181<br>MICHAEL A. TOPP Bar No. 148445 | 08 AUG 14 PM 3:47 |
| 3 | DEAN J. MCELROY Bar No. 213132<br>One Market Plaza, Steuart Tower, 8th Fl. | U S DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| 4 | San Francisco, California 94105<br>Telephone: (415) 781-7900 |   |
| 5 | Facsimile: (415) 781-2635 |   |
| 6 | Attorneys for Plaintiff |   |
| 7 | RIVERPORT INSURANCE COMPANY |   |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| RIVERPORT INSURANCE COMPANY, | No. C V08-3883  |
|---|---|
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| OAKLAND COMMUNITY HOUSING, INC., et al., | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant(s). |  |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/14/08

Signature _____

Counsel for  Plaintiff Riverport Ins. Co.
(Plaintiff, Defendant, or indicate "pro se")