UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Riverport Insurance Company,<br><br>　　Plaintiff(s).<br>　　v.<br><br>Oakland Community Housing, Inc., et al.<br><br>　　Defendant(s).<br>_____/ | No. C08-3883 BZ<br><br>NOTICE OF IMPENDING<br>REASSIGNMENT TO A UNITED<br><u>STATES DISTRICT COURT JUDGE</u> |

　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

　　(1)　One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

　　(2)　One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

　　The Case Management Conference set for **November 17, 2008** at **4:00 p.m.** is hereby **VACATED**.

Dated: 8/15/08

　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　　_Simone Voltz_____
　　　　　　　　　　　　　　　　　　　　　　　By: Simone Voltz - Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Bernard Zimmerman

reassign.DCT