1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  MICHAEL A. TOPP  Bar No. 148445
   DEAN J. MCELROY  Bar No. 213132
3  One Market Plaza, Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile:  (415) 781-2635

5
   Attorneys for Plaintiff
6  RIVERPORT INSURANCE COMPANY

7

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11
   RIVERPORT INSURANCE COMPANY,         CASE NO. CV08-3883 VRW
12
          Plaintiff,                     CERTIFICATE OF SERVICE
13
          v.
14
   OAKLAND COMMUNITY HOUSING,
15 INC., et al.

16        Defendants.

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On August 19, 2008, I served the within document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Elizabeth Williams, Esq.　　　　　　　　　*Attorney for The John Stewart Company and*
Kaufman Dolowich & Voluck LLP　　　　*Loren Sandborn*
351 California Street, Suite 500
San Francisco, CA 94104
Tel: 415-402-0059
Fax: 415-402-0679
Email: ewilliams@kdvlaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the above is true and correct. Executed on August 19, 2008, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　/s/ Sharice Valenzuela
　　　　　　　　　　　　　　　　　　　　　SHARICE VALENZUELA