1  **KAUFMAN DOLOWICH & VOLUCK LLP**
2  ELIZABETH WILLIAMS, ESQ. SBN 92374
   ewilliams@kdvlaw.com
3  KATHERINE S. CATLOS, ESQ. SBN 184227
   kcatlos@kdvlaw.com
4  351 California Street, Suite 500
   San Francisco, CA 94104
5  Telephone: (415) 402-0059
6  Facsimile: (415) 402-0679

7  Attorneys for Defendants
   THE JOHN STEWART COMPANY
8  and LOREN SANBORN

9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12  RIVERPORT INSURANCE COMPANY a     )   Case No.: CV 08 3883 VRW
    Minnesota corporation,            )
13                                    )   ACTION FILED: August 13, 2008
                                      )
14                Plaintiff,          )   **STIPULATION TO RESPOND TO**
                                      )   **COMPLAINT BETWEEN PLAINTIFF**
15           vs.                      )   **AND DEFENDANTS THE JOHN**
                                      )   **STEWART COMPANY AND LOREN**
16  OAKLAND COMMUNITY HOUSING,        )   **SANBORN**
    INC., a California corporation; CAHON )
17  ASSOCIATES, a California limited  )
    partnership; THE JOHN STEWART     )
18  COMPANY, a California corporation; )
    CHARLES FOWLKES, an individual; GREG )
19  HYSON, an individual; and LOREN   )
    SANBORN, an individual,           )
20                                    )
                                      )
21                                    )
                Defendants.           )
22                                    )

23        IT IS HEREBY STIPULATED by and between Plaintiff Riverport Insurance Company

24  ("Plaintiff") and Defendants The John Stewart Company and Loren Sanborn ("Defendants") that

25  Defendants shall have until September 26, 2008 to answer or otherwise respond to Plaintiff's

26  ///

27  ///

28  ///

                                    - 1 -

complaint.

    IT IS SO STIPULATED.


Dated: _8/27/2008_                    **KAUFMAN DOLOWICH & VOLUCK LLP**


                                      By:_____
                                      Katherine S. Catlos, Attorney for Defendants The
                                      John Stewart Company and Loren Sanborn


                                      **SEDGWICK, DETERT, MORAN & ARNOLD
                                      LLP**

Dated: _8/27/6Y_                      By:_____
                                      Bruce D. Celebrezze, Attorney for Plaintiff
                                      Riverport Insurance Company

CASE NO.:  CV 08 3883 VRW
STIPULATION TO RESPOND TO PLAINTIFF'S COMPLAINT