**John Murcko**, Attorney at Law                           State Bar No. 47008
2831 Telegraph Avenue, Oakland, CA 94608                   510-465-2241


Re: Riverport Insurance Company v Oakland Community Housing

NO: C08-03883-VRW (JCS)

Dear Judge Joseph C. Spero
    This is a request to lodge the defendants intervener's settlement statement late on January 12 instead of January 6, due to the large volume of discovery in this case for 60 plaintiff which is now completed.

    Also it's a request to file the settlement statement in excess of 10 pages due to the large amount of plaintiff.

    It is also a request to have 10 plaintiff attend the conferences instead of 60 due to the disability and lack of transportation.

    Sincerely;

John Murcko


cc: Mr. Calabrese
cc: Ms. Williams

IT IS HEREBY ORDERED that the request is GRANTED IN PART that the Settlement Statement may exceed 10 pages. The remainder of the request is DENIED.

Dated: Jan. 9, 2009

