SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
JAMISON NARBAITZ  Bar No. 219339
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile:  (415) 781-2635
*bruce.celebrezze@sdma.com*
*Jamison.narbaitz@sdma.com*

Attorneys for Plaintiff and Counterdefendant
RIVERPORT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERPORT INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>OAKLAND COMMUNITY HOUSING, INC., a California corporation; CAHON ASSOCIATES, a California limited partnership; THE JOHN STEWART COMPANY, a California corporation; CHARLES FOWLKES, an individual; GREG HYSON, an individual; and LOREN SANBORN, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO.  CV08-3883 VRW<br><br>**LETTER TO JUDGE JOSEPH SPERO** |

-1-

SF/1530257v1

CERTIFICATE OF SERVICE

CASE NO. CV08-3883 VRW

ONE MARKET PLAZA   STEUART TOWER, 8TH FLOOR   SAN FRANCISCO, CALIFORNIA 94105-1101

www.sdma.com   415.781.7900 *phone*   415.781.2635 *fax*



*JAMISON R. NARBAITZ*
*415.627.3420*
*jamison.narbaitz@sdma.com*

March 30, 2009

The Hon. Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

Re:   *Riverport Insurance Company v. Oakland Community Housing, Inc., et al.*
      United States District Court, Northern District of California, Case No. CV08-3883 VRW

Dear Magistrate Judge Spero:

The parties to this coverage lawsuit and to the underlying action appeared before Your Honor for a settlement conference on January 20, 2009. The matter did not resolve that day, so Your Honor ordered the parties to return after the then-scheduled March 19, 2009 hearing on motions in the coverage lawsuit, including Riverport Insurance Company's motion for summary judgment and the intervening defendants' motion to dismiss or stay. Your Honor subsequently set a further settlement conference for April 14, 2009 at 9:30 a.m., with updated confidential settlement conference statements due on April 7, 2009 (Docket No. 49).

Judge Walker subsequently continued the dispositive motion hearing date from March 19, 2009 to April 9, 2009. As a result, the court will hear the parties' dispositive motions two days *after* the updated settlement conference statements are due to Your Honor.

Accordingly, Riverport Insurance Company, through the undersigned counsel, respectfully requests that the due date for updated settlement conference statements be changed to Friday,

SF/1579727v1

*Celebrating 75 Years of Service 1933-2008*

The Hon. Joseph C. Spero
March 30, 2009
Page 2

April 10, 2009, so that the parties may inform Your Honor of the results of the April 9, 2009 hearing. All counsel are being copied on this letter. Thank you.

Respectfully,

*[signature: Jamison Narbaitz]*

Jamison R. Narbaitz
Sedgwick, Detert, Moran & Arnold LLP

cc: Elizabeth Williams, Esq.
John Murcko, Esq.
Carol Healey, Esq.

Dated: March 31, 2009

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

SF/1579727v1