SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
JAMISON R. NARBAITZ  Bar No. 219339
bruce.celebrezze@sdma.com
jamison.narbaitz@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff and Counterdefendant
RIVERPORT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERPORT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>OAKLAND COMMUNITY HOUSING, INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. CV08-3883 VRW<br><br>STIPULATION AND [PROPOSED] ORDER RE: WITHDRAWAL OF MOTIONS SET FOR HEARING ON OCTOBER 22, 2009 (L.R. 7-7)<br><br>JUDGE:   Hon. Vaughn R. Walker<br>DEPT:    Courtroom 6, 17th Floor |

Pursuant to Northern District Local Rule 7-7, plaintiff and counterdefendant Riverport Insurance Company ("Riverport") and all the intervening defendants (collectively "Intervenors"), by and through their respective counsel of record, HEREBY STIPULATE that the Intervenors' motions set for hearing on October 22, 2009 (per Document No. 146) are hereby WITHDRAWN by Intervenors. This includes the following motions:

- Motion to Dismiss (Document No. 117);
- Motion to Quash (Document No. 121); and
- Motion to Set Aside Default (Document No. 122).

SF/1628795v1

-1-

CASE NO. CV08-3883 VRW
STIPULATION AND [PROPOSED] ORDER RE:
WITHDRAWAL OF MOTIONS SET FOR HEARING ON OCTOBER 22, 2009 (L.R. 7-7)

Riverport and Intervenors respectfully request that the court vacate the October 22, 2009 hearing date. Defendants and counterclaimants The John Stewart Company and Loren Sanborn are not affected by these motions or the withdrawal of these motions, and therefore are not included in this stipulation.

IT IS SO STIPULATED.

DATED: September 29, 2009        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Jamie Narbaitz
Bruce D. Celebrezze
Jamison R. Narbaitz
Attorneys for Plaintiff and Counterdefendant
RIVERPORT INSURANCE COMPANY

DATED: September ___, 2009      LAW OFFICES OF STEPHAN J. PERELSON

By: _____
Stephan J. Perelson, Esq.
On Behalf of John Murcko, Esq.
Attorneys for Intervenors
LEROY SCROGGINS, et al.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 09/30, 2009

_____
HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

-2-                                  CASE NO. CV08-3883 VRW
STIPULATION AND [PROPOSED] ORDER RE:
WITHDRAWAL OF MOTIONS SET FOR HEARING ON OCTOBER 22, 2009 (L.R. 7-7)

1  Riverport and Intervenors respectfully request that the court vacate the October 22, 2009
2  hearing date. Defendants and counterclaimants The John Stewart Company and Loren Sanborn
3  are not affected by these motions or the withdrawal of these motions, and therefore are not
4  included in this stipulation.
5  IT IS SO STIPULATED.
6
7  DATED: September ___, 2009   SEDGWICK, DETERT, MORAN & ARNOLD LLP
8
9
   By:_____
10     Bruce D. Celebrezze
       Jamison R. Narbaitz
11     Attorneys for Plaintiff and Counterdefendant
       RIVERPORT INSURANCE COMPANY
12
13
14 DATED: September 29, 2009   LAW OFFICES OF STEPHAN J. PERELSON
15
16
   By:_____
17     Stephan J. Perelson, Esq.
       On Behalf of John Murcko, Esq.
18     Attorneys for Intervenors
       LEROY SCROGGINS, et al.
19
20
21                              **ORDER**
22 PURSUANT TO STIPULATION, IT IS SO ORDERED.
23 DATED: _____, 2009
24
25
26                              _____
                                HON. VAUGHN R. WALKER
27                              UNITED STATES DISTRICT JUDGE
28